COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-127-CR

LARRY E. BROWN                         APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 396
TH
 
DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “ Motion To Withdraw Appeal”  filed by appellant Larry E. Brown , pro se. 
  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 
Tex. R. App. P.
 43.2(f). 

PER CURIAM

PANEL F: CAYCE, C.J.; LIVINGSTON, and MCCOY, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: February 10, 2005 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.